IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff

VS.

                                              CR. NO. 03-20327-B

TONY SEA,

    Defendant.

## ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY AND <u>SETTING</u>

This cause came on for a report date on April 25, 2005. At that time, counsel for the defendant requested a continuance of the May 2, 2005 trial date in order to allow for additional preparation in the case.

The Court granted the request and reset the trial date to June 6, 2005 with a **report date of <u>Tuesday, May 31, 2005, at 9:30 a.m.</u>**, in <u>Courtroom 1, 11th Floor</u> of the Federal Building, Memphis, TN.

The period from May 13, 2005 through June 17, 2005 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare outweigh the need for a speedy trial.

IT IS SO ORDERED this 26th day of April, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 76 in case 2:03-CR-20327 was distributed by fax, mail, or direct printing on April 29, 2005 to the parties listed.

---

Jennifer Lawrence Webber
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Sheila D. Brown
LAW OFFICE OF SHEILA D. BROWN
9160 Highway 64
Ste. 12
Lakeland, TN 38002

Honorable J. Breen
US DISTRICT COURT