IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                No. 03-20327-B/P

TONY SEA,

    Defendant.

---

ORDER DENYING DEFENDANT'S MOTION FOR
RELEASE FROM CUSTODY PENDING TRIAL

---

Before the Court is the June 21, 2005 motion for release from custody pending trial by the Defendant, Tony Sea. However, the Defendant does not present any new information which he claims was not known at the time of the earlier bond hearing and which had a material bearing on the issue of his release. See 18 U.S.C. § 3142(f). At the Defendant's detention hearing on September 22, 2003, Magistrate Judge Tu M. Pham concluded that under § 3142(f) "[n]o condition or combination of conditions of release [would] reasonably assure the appearance of the defendant as required or the safety of any other person and the community." (Order of Detention Pending Trial at 1 (quoting 18 U.S.C. § 3142(f)).) Moreover, Sea's trial is currently scheduled for July 5, 2005, less than two weeks away. Accordingly, as the Defendant has not presented any additional basis suggesting that he should now be released, the Court DENIES his motion.

**IT IS SO ORDERED** this 23rd day of June, 2005.

/s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 80 in case 2:03-CR-20327 was distributed by fax, mail, or direct printing on June 27, 2005 to the parties listed.

---

Jennifer Lawrence Webber
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Sheila D. Brown
LAW OFFICE OF SHEILA D. BROWN
9160 Highway 64
Ste. 12
Lakeland, TN 38002

Honorable J. Breen
US DISTRICT COURT