FILED IN OPEN COURT
DATE: 8/29/05
TIME: 9:34 am
INITIALS: /s/

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                                                   NO: 2:03cr20327

TONY SEA,

    Defendant.

## CONSENT ORDER ALLOWING SUBSTITUTION OF COUNSEL

This Cause came to be heard upon motion of Defendant to allow him to substitute with his present attorney, Sheila D. Brown, with attorney, Craig V. Morton. It is the opinion of this Court, based upon said motion and the consent of all individuals involved that attorney Craig V. Morton is allowed to substitute with Defendant's present attorney, Sheila D. Brown.

It Is Therefore Considered, Adjudged and Decreed that attorney Craig V. Morton is allowed to substitute as Defendant's attorney in this cause of action with Defendant's present attorney Sheila D. Brown.

_____
Judge J. Daniel Breen

August 29, 2005
Date

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-29-05

88

Approved For Entry:

*Sheila D. Brown* (signature)

Sheila D. Brown
Attorney At Law
9160 Hwy. 64
Lakeland, TN 38002
(901) 849-3274


*Stephen Hall* (signature)

Stephen Hall
Assistant U.S. Attorney
800 Federal Bldg.
167 N. Main
Memphis, TN 38103
(901) 544-4231

*Craig V. Morton* (signature)

Craig V. Morton
Attorney For Defendant
200 Jefferson, Ste. 725
Memphis, TN 38103
(901) 522-0050

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 88 in case 2:03-CR-20327 was distributed by fax, mail, or direct printing on August 29, 2005 to the parties listed.

---

Sheila D. Brown
LAW OFFICE OF SHEILA D. BROWN
9160 Highway 64
Ste. 12
Lakeland, TN 38002

Craig V. Morton
MORTON & GERMANY
200 Jefferson Ave.
Ste. 725
Memphis, TN 38103

Sheila D. Brown
LAW OFFICE OF SHEILA D. BROWN
9160 Highway 64
Ste. 12
Lakeland, TN 38002

Jennifer Lawrence Webber
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Jennifer Lawrence Webber
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT